# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

CEDRIC JONES, SR.,       )
           )
     **Plaintiff,**      )
           )   **No. 3:12-cv-01338**
**v.**             )
           )   **Judge Sharp**
**JEFRE S. GOLDTRAP,** *et al.*,   )   **Magistrate Judge Bryant**
           )
     **Defendants.**    )

## ORDER

Pending before the Court are two Report and Recommendations ("R & Rs") of the
Magistrate Judge, concluding,

> defendant Goldtrap's motion to dismiss should be GRANTED for failure to state
> a claim upon which relief can be granted and lack of subject-matter jurisdiction.
> *See* (Docket Entry No. 82).

***

> the motion to DISMISS filed on behalf of Defendant Blackburn be GRANTED
> with prejudice with respect to Plaintiff's claim to monetary damages, and without
> prejudice with respect to any claim to injunctive relief. As a result, all pending
> motions should be denied as moot. *See* (Docket Entry No. 92).

Plaintiff has filed numerous documents relating to both R & Rs, to which the Court has
considered. *See* (Docket Entry Nos. 88, 94, 101, 113). Having thoroughly reviewed the record
this case and the applicable law in accordance with Rule 72(b), the Court will accept the R & Rs
of the Magistrate Judge.

Accordingly, the Court hereby rules as follows:

(1) The Report and Recommendation (Docket Entry No. 82) is hereby ACCEPTED and
APPROVED;

(2)   The *Motion to Dismiss under Rule 12(b) for Lack of Subject Matter Jurisdiction and Failure to State a Claim* (Docket Entry No. 57) filed by Defendant Goldtrap is hereby GRANTED;

(3)   The Report and Recommendation (Docket Entry No. 92) is hereby ACCEPTED and APPROVED;

(4)   The *Motion for Dismiss Judge Cheryl A. Blackburn [sic]* (Docket Entry No. 60) is hereby GRANTED with prejudice as to Plaintiff's claim to monetary damages and without prejudice with respect to any claim to injunctive relief;

(5) All other pending motions are hereby TERMINATED as moot; and

(6) This case is hereby DISMISSED WITH PREJUDICE with respect to all claims against Defendant Goldtrap and the claim to monetary damages against Defendant Blackburn, and DISMISSED WITHOUT PREJUDICE as to any claim to injunctive relief against Defendant Blackburn.

The Clerk is directed to enter Judgment in a separate document in accordance with Federal Rule of Civil Procedure 58.

**It is SO ORDERED.**

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE